CLOSED,MDL,TRANSF

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:19–cv–03169–AGF

Clinton County, Missouri v. Allergan PLC et al  
Assigned to: District Judge Audrey G. Fleissig  
Demand: $75,000  
Case in other court:  St. Louis City Circuit Court, 1922–CC11604  
Cause: 28:1331 Fed. Question  

Date Filed: 11/27/2019  
Date Terminated: 03/30/2020  
Jury Demand: Both  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Clinton County, Missouri**      represented by  **John F. Edgar**  
EDGAR LAW FIRM LLC  
1032 Pennsylvania Ave.  
Kansas City, MO 64105  
816–531–0033  
Fax: 816–531–3322  
Email: jfe@edgarlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Status: Active*  

V.

**Defendant**

**Allergan PLC**

**Defendant**

**Actavis PLC**

**Defendant**

**Actavis, Inc.**

**Defendant**

**Watson Pharmaceticals, Inc.**  
*now known as*  
Actavis, Inc.

**Defendant**

**Watson Laboratories, Inc.**      represented by  **Robert T. Haar**  
HAAR AND WOODS, LLP  
1010 Market Street  
Suite 1620  
St. Louis, MO 63101  
314–241–2224  
Fax: 314–241–2227  
Email: roberthaar@haar–woods.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Actavis LLC**     represented by  **Robert T. Haar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Actavis Pharma, Inc.**     represented by  **Robert T. Haar**
*formerly known as*     (See above for address)
Watson Pharma, Inc.    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Teva Pharmaceutical Industries, Ltd.**

**Defendant**

**Teva Pharmaceuticals USA, Inc.**     represented by  **Robert T. Haar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Cephalon, Inc.**     represented by  **Robert T. Haar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Endo Health Solutions Inc.**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Par Pharmaceutical Companies, Inc.**

**Defendant**

**Par Pharmaceuticals, Inc.**

**Defendant**

**Janssen Pharmaceuticals, Inc.**

**Defendant**

**Ortho–McNeil Jannsen Pharmaceuticals, Inc.**
*now known as*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Janssen Pharmaceutica Inc.**
*now known as*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Johnson & Johnson**

**Defendant**

**Richard Sackler**
*an individual*

**Defendant**

**Theresa Sackler**
*an indivdual*

**Defendant**

**Kathe Sackler**
*an individual*

**Defendant**

**Jonathan Sackler**
*an individual*

**Defendant**

**Mortimer D.A. Sackler**
*an individual*

**Defendant**

**Beverly Sackler**
*an individual*

**Defendant**

**David Sackler**

**Defendant**

**Ilene Sackler Lefcourt**

**Defendant**

**Mallinckrodt, PLC**

**Defendant**

**Mallinckrodt LLC**     represented by     **Randy J. Soriano**
BRYAN CAVE LLP – ST. LOUIS
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102
314–259–2384
Fax: 314–552–8384
Email: rjsoriano@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**SpecGx LLC**     represented by     **Randy J. Soriano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Novartis Pharmaceuticals Corporation**
*formerly known as*
Sandoz Inc.

**Defendant**

**Mylan N.V.**     represented by     **Christopher J. Lawhorn**
CARMODY MACDONALD P.C.
120 S. Central Ave.
Suite 1800
St. Louis, MO 63105
314–854–8600
Fax: 314–854–8660
Email: cjl@carmodymacdonald.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Mylan Pharmaceuticals, Inc.**     represented by

|  |  |
|---|---|
|  | **Christopher J. Lawhorn** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* *Bar Status: Active* |

**Defendant**

**Mylan Institutional, Inc.**          represented by    **Christopher J. Lawhorn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Hospira, Inc.**
*TERMINATED: 12/11/2019*

**Defendant**

**Hikma Pharmaceuticals USA, Inc.**     represented by    **Jonathan T. Barton**
*formerly known as*
West–Ward Pharmaceuticals Corp.
STANTON BARTON LLC
8000 Maryland Ave.
Suite 450
St. Louis, MO 63105
314–455–6502
Fax: 314–455–6525
Email: jbarton@stantonbarton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**John Kapoor**
*an individual*

**Defendant**

**Michael Babich**
*an individual*

**Defendant**

**Amerisourcebergen Corporation**     represented by    **James F. Bennett**
DOWD BENNETT, LLP
7733 Forsyth Boulevard
Suite 1900
Clayton, MO 63105
314–889–7302
Fax: 314–863–2111
Email: jbennett@dowdbennett.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Amerisourcebergen Drug Corporation**     represented by     **James F. Bennett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Cardinal Health, Inc.**     represented by     **Julie Fix Meyer**
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd.
Suite 1800
St. Louis, MO 63105
314–621–5070
Fax: 314–552–4852
Email: jfixmeyer@armstrongteasdale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Cardinal Health 5, LLC**     represented by     **Julie Fix Meyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Cardinal Health 100, Inc.**     represented by     **Julie Fix Meyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Cardinal Health 108, LLC**     represented by     **Julie Fix Meyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

| | | |
|---|---|---|
| **Cardinal Health 110, LLC** | represented by | **Julie Fix Meyer** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* *Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Cardinal Health 113, LLC** | represented by | **Julie Fix Meyer** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* *Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Cardinal Health 122, LLC** | represented by | **Julie Fix Meyer** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* *Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Cardinal Health 132, LLC** | represented by | **Julie Fix Meyer** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* *Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Cardinal Health 200, LLC** | represented by | **Julie Fix Meyer** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* *Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Cardinal Health 201, Inc.** | represented by | **Julie Fix Meyer** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* *Bar Status: Active* |

**Defendant**

| | | |
|---|---|---|
| **Cardinal Health 414, LLC** | represented by | **Julie Fix Meyer** (See above for address) *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Cardinal Health Pharmacy Services, LLC**     represented by     **Julie Fix Meyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Walmart Inc.**
*formerly known as*
Wal–Mart Stores, Inc.
    represented by     **Lauren M. Wacker**
LATHROP GPM LLP
7701 Forsyth Boulevard
Suite 500
Clayton, MO 63105
314–613–2515
Fax: 314–613–2801
Email: lwacker@lathropgage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Matthew A. Jacober**
LATHROP GPM LLP
7701 Forsyth Boulevard
Suite 500
Clayton, MO 63105
314–613–2845
Fax: 314–613–2801
Email: Matthew.Jacober@lathropgpm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**Pharmacy Buying Association, Inc.**

**Defendant**

**Does 1 through 1000**

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 11/27/2019 | 1 | NOTICE OF REMOVAL from St. Louis City Circuit Court, case number 1922–CC11604, with receipt number MOEDC–7611293, in the amount of $400 Jury Demand,, filed by Walmart Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet, # 5 Original Filing Form)(Jacober, Matthew) (Main Document 1 replaced on 12/2/2019) (BAK). (Entered: 11/27/2019) |
| 11/27/2019 | 2 | ENTRY of Appearance by Matthew A. Jacober for Defendant Walmart Inc. . (Jacober, Matthew) (Entered: 11/27/2019) |
| 11/27/2019 | 3 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Walmart Inc. . Parent companies: None, Subsidiaries: Wal–Mart de Mexico, S.A.B. de C.V.; Flipkart Private Limited; Massmart Holdings Ltd., Publicly held company: None,. (Jacober, Matthew) (Entered: 11/27/2019) |
| 11/27/2019 | 4 | ENTRY of Appearance by Lauren M. Wacker for Defendant Walmart Inc. . (Wacker, Lauren) (Entered: 11/27/2019) |
| 12/02/2019 | 5 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Walmart Inc. Sent To: Plaintiff (Jacober, Matthew) (Entered: 12/02/2019) |
| 12/02/2019 | 6 | Petition (Removal/Transfer) Received From: Circuit Court, City of St. Louis, filed by Clinton County, Missouri.(BAK) (Entered: 12/02/2019) |
| 12/02/2019 | | Case Opening Notification: All non–governmental organizational parties (corporations, limited liability companies, limited liability partnerships) must file Disclosure of Organizational Interests Certificate  (moed–0001.pdf). Judge Assigned: U.S. District Judge Audrey G. Fleissig. (BAK) (Entered: 12/02/2019) |
| 12/10/2019 | 7 | NOTICE of Voluntary Dismissal by All Plaintiffs *as to Defendant Hospira, Inc* (Edgar, John) (Entered: 12/10/2019) |
| 12/11/2019 | 8 | Docket Text ORDER RE: 7 NOTICE of Voluntary Dismissal by All Plaintiffs as to Defendant Hospira, Inc.; SO ORDERED. Hospira, Inc. terminated. Signed by District Judge Audrey G. Fleissig on 12/11/2019. (AFC) (Entered: 12/11/2019) |
| 12/12/2019 | 9 | ENTRY of Appearance by Randy J. Soriano for Defendants Mallinckrodt LLC, SpecGx LLC. (Soriano, Randy) (Entered: 12/12/2019) |
| 12/12/2019 | 10 | Consent MOTION for Extension of Time to File Response/Reply by Defendants Mallinckrodt LLC, SpecGx LLC. (Soriano, Randy) (Entered: 12/12/2019) |
| 12/12/2019 | 11 | MOTION to Stay *Pending the Judicial Panel on Multi–district Litigation's Final Transfer Decision* by Defendants Mallinckrodt LLC, SpecGx LLC. (Soriano, Randy) (Entered: 12/12/2019) |
| 12/12/2019 | 12 | MEMORANDUM in Support of Motion re 11 MOTION to Stay *Pending the Judicial Panel on Multi–district Litigation's Final Transfer Decision* filed by Defendants Mallinckrodt LLC, SpecGx LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Soriano, Randy) (Entered: 12/12/2019) |
| 12/12/2019 | 13 | MEMORANDUM re 12 Memorandum in Support of Motion, *Proposed Order* by Defendants Mallinckrodt LLC, SpecGx LLC. (Soriano, Randy) (Entered: 12/12/2019) |
| 12/13/2019 | 14 | ORDER ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS BY MOVING DEFENDANTS [SEE ORDER FOR COMPLETE DETAILS.] Signed by District Judge Audrey G. Fleissig on 12/13/2019. (AFC) (Entered: 12/16/2019) |
| 12/23/2019 | 15 | MOTION to Remand Case to State Court to Circuit Court of the City of St. Louis, Missouri by Plaintiff Clinton County, Missouri. (Edgar, John) (Additional attachment(s) added on 12/23/2019: # |

| | | |
|---|---|---|
| | | 1 Attachment Proposed Order) (AFC). (Entered: 12/23/2019) |
| 12/23/2019 | 16 | MEMORANDUM in Support of Motion re 15 MOTION to Remand Case to State Court to Circuit Court of the City of St. Louis, Missouri filed by Plaintiff Clinton County, Missouri. (Edgar, John) (Entered: 12/23/2019) |
| 12/23/2019 | 17 | MEMORANDUM in Opposition re 11 MOTION to Stay *Pending the Judicial Panel on Multi−district Litigation's Final Transfer Decision* filed by Plaintiff Clinton County, Missouri. (Edgar, John) (Entered: 12/23/2019) |
| 12/23/2019 | 18 | NOTICE by Plaintiff Clinton County, Missouri *Plaintiffs Request for Judicial Notice in Support of Opposition to Mallinckrodt LLC's and Specgx LLC's Motion for Temporary Stay Pending the Judicial Panel on Multidistrict Litigation's Transfer Decision* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K, # 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M)(Edgar, John) (Entered: 12/23/2019) |
| 01/02/2020 | 19 | REPLY to Response to Motion re 11 MOTION to Stay *Pending the Judicial Panel on Multi−district Litigation's Final Transfer Decision* filed by Defendants Mallinckrodt LLC, SpecGx LLC. (Attachments: # 1 Exhibit 1 – Order in Camden County v Dannie Williams, MD, et al.)(Soriano, Randy) (Entered: 01/02/2020) |
| 01/06/2020 | 20 | MEMORANDUM in Opposition re 15 MOTION to Remand Case to State Court to Circuit Court of the City of St. Louis, Missouri filed by Defendant Walmart Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Jacober, Matthew) (Entered: 01/06/2020) |
| 01/15/2020 | 21 | REPLY to Response to Motion re 15 MOTION to Remand Case to State Court to Circuit Court of the City of St. Louis, Missouri filed by Plaintiff Clinton County, Missouri. (Attachments: # 1 Exhibit Exhibit 1 – Judge Polster's Order Regarding Remands)(Edgar, John) (Entered: 01/15/2020) |
| 03/30/2020 | 22 | TRANSFER ORDER w/Schedule A attached regarding multidistrict litigation by R. David Proctor, Acting Chair of the Panel (DLB) (Entered: 03/30/2020) |
| 03/30/2020 | 23 | ORDER OF MDL TRANSFER to: Northern District of Ohio. Case transferred via CM/ECF extraction. (DLB) (Entered: 03/30/2020) |